IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,               No. CR S-00-0411 WBS GGH P

    vs.

TRUONG MINH TU,

      Movant.                  <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 28, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

\\\\\

1. The findings and recommendations filed February 28, 2008, are adopted in full;

2. The motion to dismiss, filed August 24, 2007 (#209) is granted, and movant's 28 U.S.C. § 2255 motion is dismissed with prejudice as untimely; and

3. Because it is based on the same motion, the Clerk of the Court is directed to close the companion civil case, No. CIV. S-07-1213 WBS GGH.

DATED:   April 30, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/tu1213.801

2